# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

### No. 201700357

———————————

### UNITED STATES OF AMERICA
Appellee

v.

### DENNIS A. STACHURA
Aviation Electronics Technician Airman (E-3), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air
Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Lieutenant Commander
George W. Lucier, JAGC, USN.
For Appellant: Lieutenant Jacqueline M. Leonard, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 10 May 2018

———————————

Before HUTCHISON, PRICE, and SAYEGH, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court